IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANNY L. REEVES,

       Petitioner,

v.                                       CASE NO. 1:06-cv-00125-MP-AK

JAMES R. MCDONOUGH,

       Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 24, Report and Recommendation of the

Magistrate Judge, which recommends that Petitioner Reeves' petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254, Doc. 1, be denied, and that this case be dismissed with prejudice.

The Magistrate Judge filed the Report and Recommendation on Monday, May 19, 2008.  The

parties have been furnished a copy of the Report and have been afforded an opportunity to file

objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a

*de novo* review of those portions to which an objection has been made.  In this instance,

however, no objections were filed.

Petitioner was convicted and sentenced to five years imprisonment for showing obscene

material to a minor less than 12 years of age, and 80 months for the lewd and lascivious

molestation of a minor less than 12 years of age by a person 18 years of age or older.  After

being sentenced, Petitioner filed a direct appeal, and then sought post-conviction relief after his

conviction was affirmed.  The state court rejected each of Petitioner's claims, and Petitioner filed

the instant petition, raising the same claims presented in his Rule 3.850 motion.  In the Report,

the Magistrate finds that the claims in the instant petition are without merit, and that the state

court's decision is not contrary to, nor an unreasonable application of, clearly established federal

law.  Because of this, the Magistrate recommends that the instant petition be denied.

In his petition for writ of habeas corpus, Petitioner Reeves presents ten allegations of

ineffective assistance of counsel.  The state court found that trial counsel was not ineffective, and

there is no basis for habeas relief if this decision was not contrary to, nor an unreasonable

application of, <u>Strickland v. Washington</u>, 466 U.S. 668 (1984).  Citing <u>Strickland</u>, the state court

held that the record showed that counsel's performance was not deficient.  After reviewing the

record, the Court agrees with the Magistrate that all of Petitioner's claims of ineffective

assistance are without merit.

Based on this, the Court agrees with the Magistrate that Petitioner's claims are not

supported by the record, and that the state court's ruling is entitled to deference and does not

violate § 2254(d).  Therefore, having considered the Report and Recommendation, and the lack

of objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and
       incorporated herein.

2.     Petitioner Reeves; petition for writ of habeas corpus, Doc. 1, is DENIED, and this
       case is DISMISSED WITH PREJUDICE.


**DONE AND ORDERED** this   *30th* day of June, 2008


*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge